■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO MORALES, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered November 20, 1990, convicting defendant upon his plea of guilty, of conspiracy in the second degree, criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of ten to twenty years, unanimously affirmed.

By pleading guilty, defendant waived his right to argue, on

appeal, that the Trial Judge should have recused herself *(People v Lazzaro,* 180 AD2d 696), that his motion pursuant to CPL 30.30 should have been granted *(People v Jackson,* 178 AD2d 305, *lv denied* 79 NY2d 948; *cf., People v Sutton,* 80 NY2d 273), and that his motion for severance should have been granted *(People v Shepphard,* 177 AD2d 668). Were we to reach these arguments, we would find them to be without merit. Concur—Sullivan, J. P., Carro, Kupferman and Rubin, JJ.